FILED

05/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0109

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
No. DA 23-0109

KARIS NEWBARY and BRANDIE HOY,

      Plaintiffs and Appellees,

v.

ENTERPRISE RAC COMPANY OF MONTANA/WYOMING, LLC; DEVIN
HUTTON; JORDAN COBB; and DOE DEFENDANTS 1-3,

      Defendants and Appellants.

**ORDER GRANTING MOTION TO DISMISS BY STIPULATION**

The Parties have filed a Motion to Dismiss by Joint Stipulation pursuant to Mont. R. App. P. 16(5). For good cause appearing, the Parties' Motion is **GRANTED**. Accordingly, the appeal in this docket is hereby **DISMISSED**, with prejudice, and with all parties to pay their own attorneys' fees and costs.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 22 2023